No. 83. MAX SIFF AND ALBERT L. SIFF, TRADING AS SIFF BROTHERS COMPANY, *v.* UNITED STATES. Appeal from the Court of Claims. Argued January 6, 1927. Decided January 10, 1927. *Per Curiam.* Affirmed upon the authority of *Chamberlain Machine Works* v. *United States,* 270 U. S. 347. *Mr. Raymond M. Hudson* for appellants.

*Solicitor General Mitchell* and *Assistant Attorney General Galloway* were on the brief for the United States.